```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


MAURICE ANDERSON                                  CIVIL ACTION

VERSUS                                            NO. 04-2734

WARDEN MILLER, ET AL.                             SECTION "A"(4)
```

## ORDER

    Petitioner, Maurice Anderson, has filed written objections to the Report and Recommendation filed by the United States Magistrate Judge.  The magistrate judge recommended that Anderson's § 1983 claims be dismissed as legally frivolous for failing to state a claim.

    Anderson's contention that the Court should permit the claims to proceed against the defendants in their official capacities is tantamount to asking the Court to ignore the Eleventh Amendment.  The Court declines to do so.

    Anderson correctly notes that when evaluating a Rule 12(b)(6) motion that all pleaded facts must be accepted as true and all reasonable inferences from those pleaded facts must be drawn in plaintiff's favor.  However, as the magistrate judge explained in her report and recommendation, the facts as pled by Anderson and taken as true do not support the inference of a conspiracy among the prison staff.  The warden granted Anderson's

administrative appeal and removed the disciplinary charge from his record. While it is unfortunate that Anderson spent 10 days in segregation as a result of the erroneous charge, § 1983 offers him no more redress than what he has already received. Consequently, the Court approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the plaintiff's claims against defendants in their official and individual capacities are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the **Motion to Dismiss (Rec. Doc. 6)** filed by James Miller is **DISMISSED AS MOOT**.

New Orleans, Louisiana, August 5, 2005.

_____
UNITED STATES DISTRICT JUDGE